# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SARA HARPER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-21-645-R |
| ) | |
| THE BOARD OF COUNTY ) | |
| COMMISSIONERS OF CLEVELAND ) | |
| COUNTY, STATE OF OKLAHOMA, ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, by and through their counsel of record, jointly stipulate that the above-referenced case should be dismissed with prejudice in its entirety. The parties shall bear their own fees and costs.

Respectfully Submitted,

s/Jessica L. Dark
Robert S. Lafferrandre, OBA #11897
Jessica L. Dark, OBA #31236
PIERCE COUCH HENDRICKSON
  BAYSINGER & GREEN, LLP
Post Office Box 26350
Oklahoma City, Oklahoma 73126
Telephone: (405) 235-1611
Facsimile: (405) 235-2904
Email: jdark@piercecouch.com
*Attorneys for Defendant Cleveland County*

                                              s/Jeff Taylor
                                              (signed with permission)
                                              Jeff A. Taylor, OBA #17210
                                              The Offices at Deep Fork Creek
                                              5613 N. Classen Blvd.
                                              Oklahoma City, OK 73118
                                              Telephone: (405) 286-1600
                                              Facsimile: (405) 842-6132
                                              ***Attorney for Plaintiff Sara Harper***

## CERTIFICATE OF SERVICE

     I hereby certify that on the 17th day of September, 2021, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and understand a notice will be issued to the below counsel of record:

     Jeff A. Taylor        taylorjeff@me.com; taylorjeff1964@gmail.com

                                              s/ Jessica L. Dark
                                              Jessica L. Dark